IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE DARREL RUTLEDGE,

    Plaintiff,                          No. CIV S-10-1491 EFB P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                  ORDER

_____ /

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's April 8, 2011 motion is granted to the extent that plaintiff has 45 days from the date this order is served to file an amended complaint in accordance with the court's March 30, 2011 order.

    So ordered.

DATED: April 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE