IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE DARREL RUTLEDGE,

    Plaintiff,                        No. CIV S-10-1491 EFB P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                 ORDER

                                  /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. See E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On March 30, 2011, the court dismissed plaintiff's complaint for failure to state a claim. The dismissal order explained the complaint's deficiencies, gave plaintiff thirty days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.  On April 15, 2011, the court granted plaintiff's request for an extension of time and gave plaintiff an additional forty-five days in which to file his amended complaint.

////

1

1     The 45-day period has expired and plaintiff has not filed an amended complaint or
2 otherwise responded to the court's order.
3     Accordingly, it is hereby ORDERED that this action is dismissed.  *See* 28 U.S.C.
4 § 1915A; 28 U.S.C. § 1915(g); Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110, 183(a).
5 Dated:  September 6, 2011.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE